PHILIP GROSSMAN, Appellant, *v.* AARON J. SCHINDEL et al., Copartners Doing Business under the Name of DOMESTIC MILLS, Respondents.

AARON J. SCHINDEL et al., Copartners Doing Business under the Name of DOMESTIC MILLS, Plaintiffs, *v.* PHILIP GROSSMAN, Defendant.

Submitted February 26, 1951; decided March 9, 1951.

*Ephraim S. London, William H. Lundin* and *Seymour M. Burg* for motion.

*Jerome F. Katz* and *Eugene L. Bondy* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.